DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAL-MART STORES EAST, LP,** a Foreign Limited Partnership,
Appellant,

v.

**SANDI NG** and **ALLAN NG,** her husband,
Appellees.

No. 4D19-896

[April 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502017CA000528XXXXMB.

Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and David M. Tarlow of Quintairos, Prieto, Wood & Boyer, P.A., Fort Lauderdale, for appellant.

William T. Viergever of Sonneborn Rutter Viergever Burt & Lury, P.A., West Palm Beach, and Timothy D. Kenison of the Keen Law Group, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***